UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin J. Bean

    v.                                          No. 06-fp-161

Sanbornton Police Chief, et al.


### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee. His request for appointment of counsel is denied.

This case has been assigned civil number 06-cv-161-PB.

**SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: May 2, 2006

cc:    Kevin J. Bean, *pro se*