UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Bean

    v.           Civil No. 06-cv-161-PB

Sanbornton Police Department, et al.

## ORDER

I recuse myself from presiding over this case as Attorney Corey Belebrow (Maggiotto & Belebrow) has filed an appearance on behalf of the Sanbornton defendants.

SO ORDERED.

August 7, 2006          /s/ Paul Barbadoro
                  Paul Barbadoro
                  United States District Judge

cc:  Counsel of Record