UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Kevin J. Bean</u>

        v.                        06-cv-161-SM

<u>State of New Hampshire, et al.</u>


<u>O R D E R</u>


    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 29, 2006, for the reasons set forth therein as no objection has been filed.

    Plaintiff has alleged Fourth Amendment claims arising from an unreasonable search and seizure against the SPD, NHSPD, NHDPP, Barton, John Doe I-III and Drown (Counts I and III); Fourth and Fourteenth Amendment claims arising from the retention, mishandling and/or destruction of seized property against the SPD, NHSPD, NHDPP, Barton, Buskey, John Doe I-III and Drown (Counts II, IV, VII and IX); and Fourteenth Amendment claims arising from inadequate notice of seizure and inadequate pre-deprivation and post-deprivation and post-deprivation remedies against the SPD, NHDPP, Sanborton Township, Barton Buskey and

Drown (Counts V, VI and VIII). The court shall exercise jurisdiction over his related supplemental state law claims. All remaining claims are hereby dismissed.

    SO ORDERED.

September 5, 2006

_____
Steven J. McAuliffe
Chief Judge

cc:    Kevin J. Bean, pro se
        Karen A. Schlitzer, Esq.
        Corey M. Belobrow, Esq.