UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin J. Bean

        v.                        06-cv-161-SM

Sanbornton Police Chief, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 14, 2006, no objection having been filed, for the reasons set forth therein.   Plaintiff's Motion for Temporary Restraining Order is denied as moot.

SO ORDERED.

December   7,  2006

                                            Steven J. McAuliffe
                                            Chief Judge

cc:   Kevin J. Bean, pro se
      Karen A. Schlitzer, Esq.
      Corey M. Belobrow, Esq.